IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Sheila Roach, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:14-2730-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, Commissioner of | ) | **ORDER** |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

This matter comes before the Court for judicial review of the final decision of the

Commissioner of Social Security denying Plaintiff's application for Supplemental Security

Income ("SSI"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this

matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate

Judge issued a Report and Recommendation ("R & R") on July 28, 2015 recommending that the

decision of the Commissioner be reversed and remanded to the agency. (Dkt. No. 20). The

Magistrate Judge's recommendation is based on the failure of the Administrative Law Judge to

properly evaluate and weigh the opinions of Plaintiff's treating specialist physician, Dr. Eric

Loudermilk, pursuant to the standards of the Treating Physician Rule, 20 C.F.R. § 416.927(c)

and SSR 96-2p. (*Id.* at 27-30). The Commissioner has filed a reply to the R & R indicating that

she does not intend to file any objections to the recommendations of the Magistrate Judge. (Dkt.

No. 22).

The Court has reviewed the R & R and the record evidence and finds that the Magistrate

-2-

Judge has ably addressed the factual and legal issues in this matter and correctly concluded that the decision of the Commissioner should be reversed and remanded. Therefore, the Court **ADOPTS** the Report and Recommendation as the order of this Court (Dkt. No. 20), **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further proceedings consistent with this order.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

Charleston, South Carolina
August 2{, 2015